[No. 64909-4-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH RAWLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-01245-1, Steven J. Mura, J., entered January 28, 2010. *Reversed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Appelwick, JJ.

[Nos. 65001-7-I; 65102-1-I.   Division One.   September 19, 2011.]

DAVID C. THOMPSON, *Respondent*, v. DATAMARINE INTERNATIONAL, INC., ET AL., *Defendants*, DOLORES DRAINA ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 06-2-20885-4, Bruce E. Heller, J., entered January 14, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Becker, JJ.

[No. 65056-4-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TRINIDAD MACIEL MOLINA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-01023-3, Glenna Hall, J. Pro Tem., entered February 24, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Cox, JJ.

[No. 65457-8-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE ANTHONY BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05279-1, Theresa B. Doyle, J., entered May 11, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Schindler, J.